**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 08-7699**

---

UNITED STATES OF AMERICA,

        Plaintiff – Appellee,

    v.

SHONE EDWARD WILKES,

        Defendant – Appellant.

---

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Frank D. Whitney, District Judge. (3:01-cr-00031-FDW-8)

---

Submitted: November 13, 2008      Decided: November 21, 2008

---

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

---

Affirmed by unpublished per curiam opinion.

---

Shone Edward Wilkes, Appellant Pro Se. Gretchen C.F. Shappert, United States Attorney, Charlotte, North Carolina, Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Shone Edward Wilkes appeals the district court's order denying relief on his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we deny Wilkes' motion for appointment of counsel and affirm for the reasons stated by the district court. United States v. Wilkes, No. 3:01-cr-00031-FDW-8 (W.D.N.C. Aug. 12, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED